sage PERSONAL FINANCE

# Certificate of Debtor Education

I certify that on 10/16/2026, Jillian Sipes

completed a course on personal financial management given by Sage Personal Finance,

an approved provider of debtor education in the Western District of North Carolina .

Case number: 26-31036

Certificate number: NCW26-310365084808

Signed: /s/ Allison Geving, Ph.D.

Title: President, Sage Personal Finance